# THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **United States of America** | : | |
| | : | **CRIMINAL ACTION** |
| v. | : | |
| | : | NO. 15 CR 492 |
| **Jerome Walker** | : | |

## ORDER

AND NOW this 23rd day of December, 2025, upon consideration of Jerome Walker's Motion to Commute (Skt. 142), and for the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

_____
GAIL WEILHEIMER          J.